UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUIS THIBAULT, JR.<br>Plaintiff | CIVIL ACTION<br><br>NO. 07-0200 |
| VERSUS | |
| BELLSOUTH TELECOMMUNICATIONS,<br>INC., ROBERT J. PARKER D/B/A<br>PARKER COMMUNICATIONS AND<br>DIRECTIONAL ROAD BORING, INC.<br>Defendants | SECTION S<br>JUDGE MARY ANN VIAL LEMMON<br><br>DIVISION 2<br>MAG. JOSEPH C. WILKINSON, JR. |

## ORDER

CONSIDERING the Ex Parte Motion to File Exhibit Under Seal.

IT IS HEREBY ORDERED that the Exhibit 1 (Rec. Doc. 155 - 2) to the Opposition filed by Directional Road Boring, Inc. and BellSouth Telecommunications, Inc. be filed under seal.

New Orleans, Louisiana this _11_ day of _November_, 2008.

_____
JUDGE MARY ANN VIAL LEMMON

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____